**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| TIMOTHY DEMONT DILLARD., ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| vs. ) | CV405-049 (CR401-169) |
| ) | USCA No. 05-12259-G |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant-Appellee. ) | |

## ORDER

The United States Court of Appeals for the Eleventh Circuit having dismissed the above-referenced appeal for want of prosecution because the appellant has failed to pay the $255.00 filing fees,

**IT IS HEREBY ORDERED** that the Order of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this _18th_ day of May, 2005.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

TIMOTHY DEMONT DILLARD )

vs ) CASE NUMBER CV405-049 (CR401-169)

UNITED STATES OF AMERICA ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated May 19, 2005, which is part of the official record of this case.

Date of Mailing: May 19, 2005

Date of Certificate   ☐ same date,   or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Timothy Demont Dillard, 10764-021, Federal Correctional Institution, P.O. Box 699, Estill, SC 29918
Amy Lee Copeland, U.S. Attorney's Office, P.O. Box 8970, Savannah, GA 31412

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate